# Redacted In Full, Per Doc. 48

# Exhibit 1